is awkward arithmetic. The costs payable by the defendant to the plaintiff would then stand:

Total for costs...................... $185
Total for disbursements............. 104

Total amount allowed.............. $289
Credited thereon by payments by defendant at different times......... 85

Total for costs and disbursements remaining to be paid by defendant to plaintiff ........................ $204

Second. The order, as thus modified, should in my opinion be affirmed, without costs to either party. There are a sufficient number of contradictory decisions as to whether the stenographer's minutes should be taxed or not, and as to several other items that were included in the bill as taxed, as to warrant plaintiff in appealing, and I think no costs should be awarded of this appeal.

FEUER, Appellant, v. SUWALSKI, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Henry Feuer against Louis Suwalski. No opinion. Judgment of the Municipal Court affirmed, with costs.

FIRST NAT. BANK OF CITY OF NEW YORK v. GOW. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Proceeding by the First National Bank of the City of New York against William Gow, judgment debtor. W. Rand, Jr., for appellant. E. Bisbee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 67 Misc. Rep. 547, 124 N. Y. Supp. 755.

FISHER, Appellant, v. FISHER, Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Robert L. Fisher against Florence E. Fisher. R. B. Wood, for appellant. H. Eckhard, for respondent. No opinion. Order modified, by reducing counsel fee to $200, and, as so modified, affirmed, without costs. Order filed. See, also, 128 N. Y. Supp. 1123.

FITZPATRICK, Respondent, v. KNIGHTS OF COLUMBUS, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Matilda Fitzpatrick against the Knights of Columbus. No opinion. Motion for reargument denied, with $10. costs. For former opinion, see 128 N. Y. Supp. 366.

FLANSBURG, Respondent, v. TOWN OF ELBRIDGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by James Flansburg against the Town of Elbridge.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

FLAUM, Respondent, v. KAISER BROS. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Charles Flaum against the Kaiser Bros. Company and others. B. N. Cardozo, for appellants. J. C. Weschler, for respondent. No opinion. Judgment (66 Misc. Rep. 586, 122 N. Y. Supp. 100) affirmed, with costs. Order filed.

FLEISCHER v. STEINFELD et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Rudolph Fleischer against Samuel Steinfeld and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 127 N. Y. Supp. 1067.

FLEMING, Respondent, v. FIELD, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by John H. Fleming against William D. C. Field.
PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 139 App. Div. 935, 124 N. Y. Supp. 1115.
HIRSCHBERG, J., dissents.

FLOUEST, Appellant, v. NEW ROCHELLE TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Alice J. Flouest against the New Rochelle Trust Company. No opinion. Judgment affirmed on reargument, with costs.

FLOUEST, Appellant, v. VIZET et al., Respondents (two cases). (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Actions by Alice J. Flouest against Victor Vizet and others. No opinion. Judgment affirmed on reargument, with costs.

FOLEY, Appellant, v. CHRISTOPHER, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Charles Foley against Eliza W. Christopher. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

FOLEY v. HAWLEY et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Thomas J. Foley against William Hawley and others. No opinion. Application denied, with $10 costs. Order signed.

FOLEY v. HAWLEY et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Thomas J. Foley against William Hawley and others. No opinion. Motion denied, with $10 costs. Order filed.

FRANK, Respondent, v. FIRESTONE, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Seamon Frank against Adolph Firestone. No opinion. Motion to dismiss appeal denied, on condition that the appellant place the case upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 139 App. Div. 933, 124 N. Y. Supp. 1115.

FRASCA et al., Appellants, v. PALUMBO, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.)